UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-cr-00097-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RUBEN BORJA | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 857 and the attached exhibits in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

The United States shall file a redacted version of DE 857 on the public docket within 7 days, where it appears the necessity for sealing is limited to spousal identifiers, without more.

Ordered this the 27th day of July, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge