UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-cr-00097-5FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RUBEN BORJA | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 860 and its accompanying order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the __31st__ day of __July__, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge