UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:05-CR-00097-FL-5

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| RUBEN BORJA | |

On motion of the Defendant, Ruben Borja, and for good cause shown, it is hereby

ORDERED that the **[DE 864]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 10th day of August, 2015.

*/s/ Louise W. Flanagan*
_____
LOUISE WOOD FLANAGAN
United States District Judge